IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

JENNY YOUNG                                                                                    PLAINTIFF

v.                                    Case No. 3:20-cv-00226 JTK

ANDREW SAUL, *Commissioner*,
Social Security Administration                                                         DEFENDANT

## ORDER

Plaintiff's Counsel filed the instant complaint against Defendant on August 7, 2020. As of the date of this Order, there is no indication that Plaintiff has perfected service pursuant to Rule 4 of the Federal Rules of Civil Procedure. Therefore, within thirty (30) days, Plaintiff must provide proof of service or show good cause for an extension of time to serve the Defendant. If Plaintiff fails to comply, the undersigned will dismiss this action without prejudice for failure to effectuate proper service and failure to prosecute.

SO ORDERED THIS 6th day of November, 2020.

_____
UNITED STATES MAGISTRATE JUDGE